EDWARD K. TOWNSEND, APPELLANT, v. DAVID M.
BRUNDAGE, RESPONDENT.

*Trespass — property damaged by — how value of determined.*

Upon the trial of an action brought by the plaintiff to recover the damages occasioned by cattle of the defendant entering on his land, and destroying his grass and apples, a witness was asked: "To the best of your knowledge, were there 100 bushels of apples there?" *Held*, that the question was proper, and that it was not objectionable as calling for the opinion of the witness.

*Morehouse* v. *Matthews* (2 N. Y., 515), *Armstrong* v. *Smith* (44 Barb., 120) distinguished.

APPEAL from a judgment of the County Court of Sullivan county, reversing a judgment in favor of the plaintiff, recovered in a Justice's Court.

*Groo & Wiggins*, for the appellant.

*R. J. Jelliff*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment of the County Court reversed, and that of the justice affirmed, with costs.